UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:18-CR-69 DRL-SLC |
| ROBERT L. FUGATE, | |
| Defendant. | |

OPINION AND ORDER

On October 2, 2019, Defendant Robert L. Fugate pleaded guilty before the Magistrate Judge to the sole count of the indictment charging him with possessing with intent to distribute a controlled substance, including 50 grams or more of methamphetamine, in violation 21 U.S.C. § 841(a)(1). ECF 52. The Magistrate Judge promptly recommended that the court accept Mr. Fugate's guilty plea. ECF 53. Neither party objected to the Magistrate Judge's recommendation within the 14-day period allowed for an objection. *See* 28 U.S.C. § 636(b)(1)(B).

Federal Rule of Criminal Procedure 11 governs the requirements of a valid guilty plea. *United States v. Dyer*, 892 F.3d 910, 914 (7th Cir. 2018). The rule requires that a defendant both (1) give the plea voluntarily, and (2) understand the nature of the charges against him. *Id.* Because the court finds that Mr. Fugate voluntarily made the plea and understood the nature of the charges against him, the court ADOPTS the recommendation of the Magistrate Judge and finds Mr. Fugate GUILTY of one count of possession with intent to distribute a controlled substance, including 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Sentencing is scheduled for **January 31, 2020 at 11:00 a.m. in Fort Wayne**. Sentencing memoranda must be filed by **January 21, 2020**. The court notes that ECF 54 incorrectly labels South Bend as the sentencing location and strikes that language.

SO ORDERED.

October 21, 2019        *s/ Damon R. Leichty*
                        Judge, United States District Court